UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA   §
  §
vs.   §   NO:  WA:25-CR-00247(1)-ADA
  §
(1) DEMERIS LARNELL RANDOLPH   §

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 29, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) DEMERIS LARNELL RANDOLPH, which alleged that Randolph violated a condition of his supervised release and recommended that Randolph 's supervised release be revoked (Clerk's  Document No. 4).  A warrant issued and Randolph was arrested.  On May 8, 2026, Randolph appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Randolph appeared before the magistrate judge on May 19, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on May 19, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Randolph, the magistrate judge

recommends that this court continue Randolph supervised release.   The magistrate judge recommends the additional following special conditions: participation in the Location Monitoring Program and abide by a curfew that requires him to be at his place of residence from 10 PM to 6 AM, with both conditions imposed for 180 days from the Order adopting this recommendation (Clerk's  Document  No. 17).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 19, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 16). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 17 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DEMERIS LARNELL RANDOLPH 's term of supervised release is hereby CONTINUED. In addition, defendant Randolph shall comply with the following special conditions:

Participation in the Location Monitoring Program, and he shall abide by a curfew that requires him to be at his place of residence from 10 PM to 6 AM, with both conditions imposed for 180 days from the date of this Order.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 19th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE