UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00247(1)-ADA |
| | § | |
| (1) DEMERIS LARNELL RANDOLPH | § | |

## AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 29, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) DEMERIS LARNELL RANDOLPH, which alleged that Randolph violated a condition of his supervised release and recommended that Randolph 's supervised release be revoked (Clerk's  Document No. 4).  A warrant issued and Randolph was arrested.  On May 8, 2026, Randolph appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Randolph appeared before the magistrate judge on May 19, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on May 19, 2026. On May 26, 2026, the Magistrate Judge entered an amended report which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Randolph, the magistrate judge recommends that this court continue Randolph supervised release.   The magistrate judge recommends the additional following special conditions: The defendant shall participte in the Location Monitoring Program with Radio Frequency Monitoring for a period of 180 days. The defendant shall abide by the rules and regulations of the Participant Agreement Form.  The defendant shall wear an electronic monitoring device and follow location monitoring procedures specified by the probation officer. The defendant shall pay for the costs of the program if financially able. The defendant shall remain on curfew and shall remain at the place of residence from 10 PM to 6 AM for 180 days.  (Clerk's  Document  No. 17).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 19, 2026, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 16). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 19 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DEMERIS LARNELL RANDOLPH 's term of supervised release is hereby CONTINUED. In addition, defendant Randolph shall comply with the following special conditions:

The defendant shall participte in the Location Monitoring Program with Radio Frequency Monitoring for a period of 180 days. The defendant shall abide by the rules and regulations of the Participant Agreement Form. The defendant shall wear an electronic monitoring device and follow location monitoring procedures specified by the probation officer. The defendant shall pay for the costs of the program if financially able. The defendant shall remain on curfew and shall remain at the place of residence

from 10 PM to 6 AM for 180 days.

**IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are

reimposed.

Signed this 26th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE